UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARGER,
aka GARY FISHER,

    Plaintiff,

    v.

TRUST OFFICE, et. al,

    Defendants.

Case No. 14-cv-05306-WHO (PR)

**ORDER OF TRANSFER**

In this federal civil rights action, plaintiff Barger raises claims against the Director of the California Department of Corrections and Rehabilitation, whose office is located in Sacramento, California, and against his jailors at the California Health Care Facility in Stockton, California, both of which lie in the Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer these actions forthwith.

    **IT IS SO ORDERED.**

**Dated:** January 14, 2015

_____
WILLIAM H. ORRICK
United States District Judge