UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, | No. 2:15-cv-0124 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TRUST OFFICE, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to have all matters in this action before a Untied States Magistrate Judge. See 28 U.S.C. § 636. On March 10, 2015, plaintiff was ordered to pay the filing fee for this action within 14 days. Plaintiff was warned that failure to pay the filing fee within 14 days would result in dismissal. Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed without prejudice; and

2. This case is closed.

Dated: April 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/barg0124.dis