UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, | No. 2:15-cv-0124 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TRUST OFFICE, et al., | |
| Defendants. | |

On April 8, 2015, this action was dismissed for plaintiff's failure to pay the filing fee. Plaintiff has filed a motion asking that the court "re-open" his case because officials at his prison are refusing to pay the filing fee. Prison officials are not required by law to pay the filing fee for plaintiff. To the extent plaintiff asserts officials are simply failing to forward money belonging to plaintiff to the court in order to satisfy the filing fee, the court notes that on March 26, 2015, plaintiff indicated, under the penalty of perjury, that he has no money in his prison trust account and has not had any money for three years. In light of these facts, IT IS HEREBY ORDERED that plaintiff's motion to "re-open" his case is denied.

Dated: May 21, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/barg0124.reo